# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Derrick Barnes

                              Plaintiff,

v.                                          Case No.: 1:20−cv−02232
                                            Honorable Thomas M. Durkin

Personalizationmall.com LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2022:

> MINUTE entry before the Honorable Thomas M. Durkin: This case is dismissed pursuant to the Final Approval Order entered on 7/20/2022 in related case Williams et al v. Personalizationmall.com, LLC, 20 C 25. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.